IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AMALGAMATED TRANSIT UNION LOCAL 1338, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, and JOHN P. GAY, | ) ) ) ) ) | |
| Defendants. | ) | Civil Action No. 3:17-CV-2599-C |

## AGREED ORDER OF REMAND

The Court having considered the parties' Joint Notice of Stipulated Remand, filed November 30, 2017,

IT IS ORDERED that the above-styled and -numbered civil action is **REMANDED** to the 44th Judicial District Court of Dallas County, Texas. The Clerk of this Court shall mail a certified copy of this order to the District Clerk of Dallas County, Texas.

Plaintiff's Motion to Remand, filed November 9, 2017, is **DENIED as moot**.

SO ORDERED this _5th_ day of December, 2017.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE